MARK RABINOVICH (192883)
Mark_Rabinovich@yahoo.com
LAW OFFICES OF MARK RABINOVICH
17337 Ventura Blvd., Suite 202
Encino, California 91316
(818) 990-6991—phone
(818) 990-2823—fax

ATTORNEY FOR PLAINTIFF

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Vladimir Minosiyants, an individual,<br><br>Plaintiff,<br><br>Vs.<br><br>Wells Fargo & Company, a Delaware Corporation; and DOES 1 Through 50, inclusive,<br><br>Defendants | Case No.:<br><br>CV06-0756 R (JTLx)<br><br>COMPLAINT FOR:<br>(1) VIOLATION OF U.S.C. TITLE 15 CHAPTER 41 [CONSUMER CREDIT PROTECTION]<br>(2) NEGLIGENCE PER SE<br>(3) NEGLIGENCE<br>(4) DEFAMATION<br>(5) FALSE LIGHT<br><br>DEMAND FOR JURY TRIAL |

PLAINTIFF VLADIMIR MINOSIYANTS, an individual, (hereafter referred to as "plaintiff") complains and alleges as follows:

**GENERAL ALLEGATIONS**

1. PLAINTIFF VLADIMIR MINOSIYANTS is an individual and is now, and at all times mentioned in the complaint, a resident of Los Angeles County, California.

2. Upon information and belief, DEFENDANT WELLS FARGO & COMPANY is and at all

1

```
2/9/2006 4:13:32 PM  Receipt #: 82339
      Cashier : ABLLANY [LA 1-1]
Paid by: LAW OFFICES OF MARK RABINOVICH
2:CV06-00756
2006-086960        5 - Civil Filing Fee(1)
Amount :                            $60.00
2:CV06-00756
2006-516000       11 - Special Fund F/F(1)
Amount :                           $190.00
Check Payment : 3085 /              250.00
Total Payment :                     250.00
```

times relevant herein a Corporation, incorporated in the State of Delaware, with its principal place of business in San Francisco, California. Upon information and belief, DEFENDANT WELLS FARGO & COMPANY does business in the County of Los Angeles, in the State of California.

3. Plaintiffs are ignorant of the true names and capacities, whether individual, corporate, association or otherwise, of defendants sued herein as Does 1 through 50, inclusive, and therefore, at this time, name these defendants by such fictitious names. Upon information and belief, defendants Does 1 through 50, inclusive, and each of them, are in some manner responsible for the damages suffered by plaintiff and/or the wrongs committed upon Plaintiff. Plaintiff shall amend this Complaint to allege the true names and capacities of the above-referenced Does when such capacities are ascertained.

4. This Court's subject matter jurisdiction arises because the foregoing action is premised in Federal law, particularly Title 15, Chapter 41 of the United States Code.

**FIRST CAUSE OF ACTION**

**For Violation of United States Code Title 15 Chapter 41**

**[Consumer Credit Protection]**

**[Against All Defendants]**

5. Plaintiff hereby incorporates paragraphs 1 through 4, inclusive, as though said paragraphs are stated herein.

6. United States Code Title 15 Chapter 41 was and is, at all times relevant herein, in full force and effect.

7. At all times subsequently to September 1, 2005, Defendant Wells Fargo & Company maliciously and willfully published several written derogatory statements, including the

statement with one or more Credit Reporting Agencies, that Plaintiff owed a debt to the Defendant Wells Fargo & Company.

8. Upon information and belief, Defendant Wells Fargo & Credit made such statements (a) after withdrawing or permitting to withdraw certain amounts from the account of the Plaintiff and (b) with full knowledge that such charges were not authorized by the Plaintiff and were in fact fraudulent.

9. The information reported by Defendant Wells Fargo & Company is false in that Plaintiff never incurred the above-referenced obligations to Defendant or, to the extent that said obligation was incurred, have repaid it in the timely fashion.

10. As a result of the foregoing, the Plaintiff has sustained damages and is entitled to the recovery thereof pursuant to 15 U.S.C. § 1692k(a)(1) and 1692k(a)(2)(A).

## SECOND CAUSE OF ACTION

### For Negligence Per Se

### [Against all Defendants]

11. Plaintiff hereby incorporates paragraphs 1 through 10, inclusive, as though said paragraphs are stated herein.

12. Defendant Wells Fargo & Company owed a duty to Plaintiff, under United States Code Title 15 Chapter 41 Section 1681s-2(b), to provide accurate information, if any, to any consumer credit reporting agency.

13. Defendant maliciously, willfully and recklessly violated United States Code Title 15 Chapter 41 Section 1681s-2(b) in that after receiving notice of a dispute with regard to the accuracy of the information, Defendant failed to properly investigate and report the corrected information to such consumer reporting agencies.

14. An organization, such as Defendant, is reasonably expected to comply with 15 U.S.C. § 1681s-2 acting under similar circumstances, provided that such an organization intends to comply with the law.

15. As a direct and proximate result of the negligence of Defendant's behavior, Plaintiff has suffered losses in excess of the jurisdictional limit of this Court, the exact damages to be proven at the time of trial.

### THIRD CAUSE OF ACTION

### For Negligence

### [Against All Defendants]

16. Plaintiff hereby incorporates paragraphs 1 through 15, inclusive, as though said paragraphs are stated herein.

17. Defendant Wells Fargo & Company owed a duty to Plaintiff, under United States Code Title 15 Chapter 41 Section 1681s-2(b), to provide accurate information, if any, to any consumer credit reporting agency. Such notice was given to Defendant on or about July 19, 2005.

18. In addition Defendant Wells Fargo & Company owed a duty to Plaintiff, under United States Code Title 15 Chapter 41 Section 1692e(2)(A), to make accurate representations regarding the character, amount or legal status of a debt.

19. Further Defendant Wells Fargo & Company owed a duty to Plaintiff not to make false representations to the effect that Plaintiff committed any crimes or otherwise behaved disgracefully, pursuant to 15 U.S.C. § 1692e(7).

20. Defendant knew or should have known that information it provided about Plaintiff to consumer credit reporting agencies and, upon information and belief, to other third parties was incorrect and likely to damage credit rating, reputation, and ability to do business of

Plaintiff.

21. Defendant negligently failed to comply with United States Code Title 15 Chapter 41 Sections 1681s-2(b), 1692e(2)(A), and 1692e(7) in that (a) it published information regarding the Plaintiff's purported debt with full knowledge that this debt was claimed to result from fraudulent charges and, in fact, was not Plaintiff's debt; (b) it failed to take any reasonable measures to investigate or otherwise determine that the debt was not authorized by the Plaintiff or to prove the contrary, (c) it simply took the position, without any justification or evidence to support it, and made written and verbal representations in relation thereto, that Plaintiff had conspired with a third party to "steal" money from his own account.

22. Defendant failed to use ordinary or reasonable care in that each failed to correct obvious inaccuracies in the information that Defendant reported to consumer reporting agencies.

23. As a direct and proximate result of Defendant's negligent behavior, Plaintiff has suffered losses in excess of the jurisdictional limit of this Court, the exact damages to be proven at the time of trial.

## FOURTH CAUSE OF ACTION

### For Defamation

### [Against all Defendants]

24. Plaintiff hereby incorporates paragraph 1 through 23, inclusive, as though said paragraphs are stated herein.

25. Defendant Wells Fargo & Company maliciously, willfully and recklessly made defamatory statements about Plaintiff in that Defendant reported inaccurate information regarding Plaintiff's credit worthiness to consumer credit reporting agencies.

26. The inaccurate information was reported to the consumer credit reporting agencies and as a

result, such communication became public and in turn was published by the consumer reporting agencies.

27. Defendant acted negligently, maliciously, willfully and recklessly in failing to investigate that the published information was false, even after Plaintiff duly noticed Defendant, on or about July 19, 2005, that such information was false.

28. The information Defendant reported to consumer reporting agencies was in fact false.

29. As a direct and proximate result of Defendant's malicious, willful and careless defamatory behavior, Plaintiff has suffered losses in excess of the jurisdictional limit of this Court, the exact damages to be proven at the time of trial.

30. In addition, Defendant's actions were so malicious, willful, and oppressive that Plaintiff is entitled to recovery of punitive damages against Defendant Wells Fargo & Company.

## FIFTH CAUSE OF ACTION

### For placing Plaintiff in False Light

### [Against all Defendants]

31. Plaintiff incorporates by reference herein the allegations contained in Paragraphs 1 through 30, inclusive, as though fully set forth herein.

32. Defendant Wells Fargo & Company made false public disclosure to credit reporting agencies which, in turn, provided that inaccurate information to the public. Such disclosure was of a fact that Plaintiff failed to timely pay his obligations to Defendant and owes an outstanding debt to Defendant.

33. The disclosures made by Defendant were and are, in fact, false. Such disclosures placed Plaintiff in a false light in that Plaintiff's credit worthiness was damaged as well as Plaintiff's general reputation in the community.

34. The false light placed upon Plaintiff, is highly offensive to a reasonable person.

35. Defendant Wells Fargo & Company acted maliciously, willfully, recklessly when they failed to correct the information which they had earlier published to credit reporting agencies once Defendant received notice from Plaintiff of the inaccuracies in the information which they published.

36. As a direct and proximate result of Defendant's malicious, willful, careless and negligent behavior, which placed Plaintiff in a false light, Plaintiff has suffered losses in excess of the jurisdictional minimum of this Court, the exact damages to be proven at the time of trial.

37. In addition, each Defendant's actions were so malicious, willful, and oppressive the Plaintiff is entitled to recovery of punitive damages against Defendant Wells Fargo & Company.

**THEREFORE, PLAINTIFFS PRAY AS FOLLOWS:**

<u>On All Causes of Action</u>

1) For attorney fees to the extent allowed by law;

2) For costs of this litigation to the extent allowed by law;

3) For pre-judgment interest as allowed by law;

4) For such other relieve as the Court may find just and appropriate;

<u>First Cause of Action</u>

1) For general damages to be proven at the time of trial;

2) For statutory damages pursuant to 15 U.S.C. § 1692k.

<u>Second Cause of Action</u>

1) For general damages to be proven at the time of trial;

<u>Third Cause of Action</u>

1) For general damages to be proven at the time of trial;

Fourth Cause of Action

1) For general damages to be proven at the time of trial;

2) For punitive damages as may be awarded at the time of trial;

Fifth Cause of Action

1) For general damages to be proven at the time of trial;

2) For punitive damages as may be awarded at the time of trial.

**DEMAND FOR JURY TRIAL**

Pursuant to Fed. Rule Civ. Pro. Rule 38(b), Plaintiff demands a jury trial in this matter.

Dated: January 27, 2006

/s/ _M. Raley_

MARK RABINOVICH,

ATTORNEY FOR PLAINTIFFS

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
## CIVIL COVER SHEET

**I (a) PLAINTIFFS** (Check box if you are representing yourself ☐)
Vladimir Minosiyants, an individual

**DEFENDANTS**
Wells Fargo & Company, A Delaware Corporation, and DOES 1 Through 50, inclusive

**(b)** County of Residence of First Listed Plaintiff (Except in U.S. Plaintiff Cases):
Los Angeles, CA

County of Residence of First Listed Defendant (In U.S. Plaintiff Cases Only):

**(c)** Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)
Mark Rabinovich (192883)
Law Offices of Mark Rabinovich
17337 Ventura Blvd., Ste. 202
Encino, CA 91316

Attorneys (If Known)

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff
☒ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify):
☐ 6 Multi-District Litigation
☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT:** JURY DEMAND: ☒ Yes ☐ No (Check 'Yes' only if demanded in complaint.)
**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☐ No
☐ MONEY DEMANDED IN COMPLAINT: $_____

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
15 U.S.C., chapter 41: defamatory statements made to credit reporting agencies regarding unauthorized transactions

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending |  | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act |  | ☐ 380 Other Personal Property Damage | ☐ 530 General | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander |  | ☐ 535 Death Penalty |  |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 540 Mandamus/ Other |  |
| ☐ 470 Racketeer Influenced and Corrupt Organizations |  | ☐ 340 Marine | BANKRUPTCY | ☐ 550 Civil Rights | ☐ 740 Railway Labor Act |
| ☒ 480 Consumer Credit | ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 555 Prison Condition | ☐ 790 Other Labor Litigation |
| ☐ 490 Cable/Sat TV | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | FORFEITURE / PENALTY | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 810 Selective Service |  | ☐ 355 Motor Vehicle Product Liability | CIVIL RIGHTS | ☐ 610 Agriculture | PROPERTY RIGHTS |
| ☐ 850 Securities/Commodities /Exchange | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 620 Other Food & Drug | ☐ 820 Copyrights |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 160 Stockholders' Suits |  | ☐ 442 Employment | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 830 Patent |
| ☐ 890 Other Statutory Actions | ☐ 190 Other Contract | ☐ 362 Personal Injury- Med Malpractice | ☐ 443 Housing/Acco- mmodations |  | ☐ 840 Trademark |
| ☐ 891 Agricultural Act | ☐ 195 Contract Product Liability | ☐ 365 Personal Injury- Product Liability | ☐ 444 Welfare |  | SOCIAL SECURITY |
| ☐ 892 Economic Stabilization Act | ☐ 196 Franchise |  | ☐ 445 American with Disabilities - Employment | ☐ 630 Liquor Laws | ☐ 861 HIA (1395ff) |
| ☐ 893 Environmental Matters | REAL PROPERTY | ☐ 368 Asbestos Personal Injury Product Liability |  | ☐ 640 R.R. & Truck | ☐ 862 Black Lung (923) |
| ☐ 894 Energy Allocation Act | ☐ 210 Land Condemnation |  |  | ☐ 650 Airline Regs | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 895 Freedom of Info. Act | ☐ 220 Foreclosure |  | ☐ 446 American with Disabilities - Other | ☐ 660 Occupational Safety /Health | ☐ 864 SSID Title XVI |
| ☐ 900 Appeal of Fee Determi- nation Under Equal Access to Justice | ☐ 230 Rent Lease & Ejectment |  |  | ☐ 690 Other | ☐ 865 RSI (405(g)) |
|  | ☐ 240 Torts to Land |  |  |  | FEDERAL TAX SUITS |
|  | ☐ 245 Tort Product Liability |  | ☐ 440 Other Civil Rights |  | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 950 Constitutionality of State Statutes | ☐ 290 All Other Real Property |  |  |  | ☐ 871 IRS-Third Party 26 USC 7609 |

**VIII(a). IDENTICAL CASES:** Has this action been previously filed and dismissed, remanded or closed? ☒ No ☐ Yes
If yes, list case number(s):

**FOR OFFICE USE ONLY:** Case Number: _____

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
CIVIL COVER SHEET

AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

**VIII(b). RELATED CASES:** Have any cases been previously filed that are related to the present case? ☑ No   ☐ Yes

If yes, list case number(s): _____

**Civil cases are deemed related if a previously filed case and the present case:**
(Check all boxes that apply)   ☐ A. Arise from the same or closely related transactions, happenings, or events; or
   ☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
   ☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
   ☐ D. Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

**IX. VENUE:** List the California County, or State if other than California, in which **EACH** named plaintiff resides (Use an additional sheet if necessary)
☐ Check here if the U.S. government, its agencies or employees is a named plaintiff.

   Los Angeles County, California

List the California County, or State if other than California, in which **EACH** named defendant resides. (Use an additional sheet if necessary).
☐ Check here if the U.S. government, its agencies or employees is a named defendant.

   Incorporated--state of Delaware
   Principal place of business--San Francisco County, California
   Doing business in--Los Angeles County, California

**List the California County**, or State if other than California, in which **EACH** claim arose. (Use an additional sheet if necessary)
Note: In land condemnation cases, use the location of the tract of land involved.
   Los Angeles County, California

**X. SIGNATURE OF ATTORNEY (OR PRO PER):** _[signature]_   Date   February 8, 2006

Notice to Counsel/Parties: The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY**

Pursuant to the Local Rules Governing Duties of Magistrate Judges, the following Magistrate Judge has been designated to hear discovery motions for this case at the discretion of the assigned District Judge:

**(JTLx)**

| | |
|---|---|
| [ ] Paul L. Abrams | [X] Jennifer T. Lum |
| [ ] Robert N. Block | [ ] James W. McMahon |
| [ ] Rosalyn M. Chapman | [ ] Margaret A. Nagle |
| [ ] Jacqueline Chooljian | [ ] Arthur Nakazato |
| [ ] Charles Eick | [ ] Fernando M. Olguin |
| [ ] Rita Coyne Federman | [ ] Oswald Parada |
| [ ] Paul Game | [ ] Suzanne H. Segal |
| [ ] Marc Goldman | [ ] Carolyn Turchin |
| [ ] Stephen J. Hillman | [ ] Patrick J. Walsh |
| [ ] Jeffrey W. Johnson | [ ] Andrew J. Wistrich |
| [ ] Victor B. Kenton | [ ] Carla Woehrle |
| [ ] Stephen G. Larson | [ ] Ralph Zarefsky |

Upon the filing of a discovery motion, the motion will be presented to the United States District Judge for consideration and may thereafter be referred to the Magistrate Judge for hearing and determination. The Magistrate Judge's initials should be used on all documents filed with the Court so that the case number reads as follows:

**CV06- 756 R (JTLx)**

---

**NOTICE TO COUNSEL**

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| [X] Western Division | [ ] Southern Division | [ ] Eastern Division |
|---|---|---|
| 312 N. Spring St., Rm. G-8 | 411 West Fourth St., Rm. 1-053 | 3470 Twelfth St., Rm. 134 |
| Los Angeles, CA 90012 | Santa Ana, CA 92701-4516 | Riverside, CA 92501 |

Failure to file at the proper location will result in your documents being returned to you.

---

COPY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Vladimir Minosiyants, an individual<br><br>PLAINTIFF(S)<br>v.<br>Wells Fargo & Company, a Delaware Corporation; and DOES 1 Through 50, inclusive,<br><br>DEFENDANT(S). | CASE NUMBER<br><br>CV06-0756 R(JTx)<br><br>FOR OFFICE USE<br><br>SUMMONS |

TO:   THE ABOVE-NAMED DEFENDANT(S):

YOU ARE HEREBY SUMMONED and required to file with this court and serve upon plaintiff's attorney
Mark Rabinovich                                   , whose address is:

17337 Ventura Blvd., Ste. 202
Encino, CA 91316

an answer to the  ☒ complaint  ☐ _____ amended complaint  ☐ counterclaim  ☐ cross-claim
which is herewith served upon you within __20__ days after service of this Summons upon you, exclusive
of the day of service. If you fail to do so, judgement by default will be taken against you for the relief
demanded in the complaint.

FEB -9 2006         Clerk, U.S. District Court

                                     LIZ PADILLA

Dated: _____     By: _____
                                     Deputy Clerk

                                     (Seal of the Court)

                                     DOCKETED ON CM
                                     FEB
                                     FEB 13 2006
                                     BY _____ 014